## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Justin T Dorsey                    CHAPTER 7

               Debtor(s)

                                  BKY. NO. 20-12831 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                               Respectfully submitted,
                           **/s/ Rebecca A. Solarz Esquire**
                           Rebecca A Solarz, Esquire
                           Kevin G. McDonald, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322