**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Justin T Dorsey <br> Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> Movant <br> vs. | NO. 20-12831 ELF |
| Justin T Dorsey <br> Debtor(s) | |
| Gary F. Seitz <br> Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, and after a hearing, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA COROLLA , VIN: 2T1BURHE3GC558149 in a commercially reasonable manner.  ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

Date:  9/23/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**