United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-12831-elf
Justin T Dorsey   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: YvetteWD   Page 1 of 1   Date Rcvd: Sep 23, 2020
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
db             +Justin T Dorsey,    1324 N 56th Street,    Philadelphia, PA 19131-4123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:
      ANTHONY   ARECHAVALA    on behalf of Debtor Justin T Dorsey legaloptions@comcast.net
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
      REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Justin T Dorsey <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 20-12831 ELF |
| Justin T Dorsey <br> _Debtor(s)_ | |
| Gary F. Seitz <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, and after a hearing, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA COROLLA , VIN: 2T1BURHE3GC558149 in a commercially reasonable manner.  ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

Date:  9/23/20

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**