United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Justin T Dorsey  
    Debtor(s)

Case No. 20-12831-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3  
Date Rcvd: Oct 23, 2020        Form ID: 318        Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin T Dorsey, 1324 N 56th Street, Philadelphia, PA 19131-4123 |
| 14515740 | | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45036 |
| 14515741 | + | Michael J. Dougherty, Esquire, 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3323 |
| 14515745 | | Tameika Waters, 4801 Colonial Ct, Norristown, PA 19401 |
| 14515751 | | Toyota Motor Credit, 111 W 22nd St, Hinsdale, IL 60521 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 23 2020 13:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2020 13:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 23 2020 13:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14515731 | | EDI: AMEREXPR.COM | Oct 23 2020 16:53:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14515732 | | EDI: AMEREXPR.COM | Oct 23 2020 16:53:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14515733 | | EDI: TSYS2.COM | Oct 23 2020 16:53:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14515734 | | EDI: TSYS2.COM | Oct 23 2020 16:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14515736 | + | EDI: CMIGROUP.COM | Oct 23 2020 16:53:00 | Credit Management Lp, 6080 Tennyson Pkwy, Plano, TX 75024-6002 |
| 14515739 | | EDI: DISCOVER.COM | Oct 23 2020 16:53:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 14515735 | | EDI: CITICORP.COM | Oct 23 2020 16:53:00 | Bloom/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 14515737 | | EDI: NAVIENTFKASMDOE.COM | Oct 23 2020 16:53:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14515738 | | EDI: DISCOVER.COM | Oct 23 2020 16:53:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14515742 | + | EDI: NAVIENTFKASMSERV.COM | Oct 23 2020 16:53:00 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14515743 | | EDI: RMSC.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 25 |

|  |  |  | Oct 23 2020 16:53:00 | Syncb/Guitar Center, C/o, PO Box 965036, Orlando, FL 32896-5036 |
|---|---|---|---|---|
| 14515744 |  | EDI: RMSC.COM | Oct 23 2020 16:53:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14515747 |  | EDI: TDBANKNORTH.COM | Oct 23 2020 16:53:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14515750 |  | EDI: TFSR.COM | Oct 23 2020 16:53:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14515746 |  | EDI: WTRRNBANK.COM | Oct 23 2020 16:53:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14515748 |  | EDI: WTRRNBANK.COM | Oct 23 2020 16:53:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 14515752 |  | Email/Text: jerome.smalls@ogc.upenn.edu | Oct 23 2020 13:03:00 | Univ of PA, 3451 Walnut St, Philadelphia, PA 19104-6205 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14515768 |  | 2:20-bk-12831 |
| 14515769 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14515770 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14515771 | * | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14515772 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14515774 | *+ | Credit Management Lp, 6080 Tennyson Pkwy, Plano, TX 75024-6002 |
| 14515777 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 14515773 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Bloom/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 14515775 | * | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14515776 | * | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14515778 | * | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45036 |
| 14515779 | *+ | Michael J. Dougherty, Esquire, 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3323 |
| 14515780 | *+ | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14515781 | * | Syncb/Guitar Center, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 14515782 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14515785 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14515749 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Bank, N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14515787 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Bank, N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14515788 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14515783 | * | Tameika Waters, 4801 Colonial Ct, Norristown, PA 19401 |
| 14515784 | * | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14515786 | * | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 14515789 | * | Toyota Motor Credit, 111 W 22nd St, Hinsdale, IL 60521 |
| 14515790 | * | Univ of PA, 3451 Walnut St, Philadelphia, PA 19104-6205 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 25 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Debtor Justin T Dorsey legaloptions@comcast.net |
| GARY F. SEITZ | gseitz@gsbblaw.com   gfs@trustesolutions.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Justin T Dorsey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1751** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **20–12831–elf** | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Justin T Dorsey

10/22/20                                                                **By the court:**   Eric L. Frank
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---